# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR95 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DEVIN QUALLS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (Filing No. 55). Defense counsel represented to the Court that the motion is unopposed.

Defendant asks that his surrender date be continued until approximately December 14, 2011. Given the information set out in the motion and the accompanying doctor's note, the Court will extend the date to December 19, 2011.

IT IS ORDERED:

1. The Defendant's unopposed motion to extend the Defendant's self surrender date (Filing No. 55) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, December 19, 2011, to the institution designated by the U.S. Bureau of Prisons;

3. Any subsequent requests for extensions of time must be accompanied by a doctor's letter stating the doctor's opinion regarding a suitable date for the Defendant's self surrender for service of his sentence; and

4. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 23rd day of November, 2011.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge