# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NOS. 8:03CR200, |
|---|---|---|
| Plaintiff, | ) | 8:07CR95 |
| vs. | ) | ORDER |
| DEVIN QUALLS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (8:03CR200, Filing No. 120; 8:07CR95, Filing No. 61).

Currently, the Defendant is to report on December 19, 2011. In light of the health Defendant's hospitalization, the Defendant requests that his self surrender date be continued until approximately January 2, 2012.

IT IS ORDERED:

1. The Defendant's motion to extend his self surrender date (8:03CR200, Filing No. 120; 8:07CR95, Filing No. 61) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Tuesday, January 3, 2012, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 16th day of December, 2011.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge